

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RECEIVED

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

WILLIAM CAROL CLARKE

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:22-cv-00115-RRB

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒Yes ☐No

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

MAXINE WATERS

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKE

Address 8715 TRAI STREET

JUNEAU    AK    99801

*City*    *State*    *Zip Code*

County

Telephone Number 907-419-7077

E-Mail Address 123456IndACA@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name MAXINE WATERS

Job or Title *(if known)* US HOUSE

Address FIRST St SE

WASHINGTON    DC    20004

*City*    *State*    *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name JOHN TUNE

Job or Title *(if known)* US House SENATOR

Address FIRST St SE

WASHINGTON    DC    20004

*City*    *State*    *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

    Name                 _MARSHA BLACKBURN_

    Job or Title *(if known)*    _US SENATOR_

    Address             _FiRST ST SE_

                     _WASHington_    _DC_    _20004_
                           *City*         *State*     *Zip Code*

    County

    Telephone Number      _1-202-226-8000_

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name                 _JERRY CARL_

    Job or Title *(if known)*    _US HOUSE_

    Address             _FiRST ST SE_

                     _WASHington DC_    _20004_
                           *City*         *State*     *Zip Code*

    County

    Telephone Number      _907-419-7077_

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_1st THROUGH THE 12th AMENDMENT!_
_CHAPTER 77 2319     1030, 1831-1839 · 1836-1139_
_CHAPTER 73 1519, 1512, 1513, 1518, 1519_
_18 USC 19.61 1035_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? _I HAVE NOT DECIDED, 1st → 12th AMENDMENT!_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All FEDERAL POLITICIANS CO CONSPIRED ROBBERY, RAPE, Sandme, COVER UP, SMEARING OUT ATHLETE AND BUSINESS + POLITICAL AGENDA, SHUATHOR WITH APPLE INC FOR LIVE TORTURE SNUFF, RAPE, KIDNAPP USE OF DOCTORS FOR ILLEGAL SURGERIES!

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

JUNEAU ALASKA

B. What date and approximate time did the events giving rise to your claim(s) occur?

Continuous medical Equipment Hacking And COVER UP! with MAXING WATHRS started in 2011 AND TO TODAYS DATE OF 4-28-22 24 HRS A DAY!

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THERE ARE MILLIONS INVOLVED AND I NEED TO SUBPEONA THOUSANDS OF PEOPLE, ASK JOHN KUHN JR, RYAN TANSRY JACK SCHMIDT OF THERE INVOLVEMENT WITH ORGANIZED CRIME WITH CONGRESS, SEX SNUFF RING!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-28-22

Signature of Plaintiff

Printed Name of Plaintiff WILLIAM C CLARKE

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

CONTINOUS AND I NEED A PROPER EVIDENCE COLLECTION!

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT All PARTICIPANT iN JUNEAU, ANCHORAGE, WASILLA, NEW YORK, CALIFORNIA, WASHINGTON DC AND INTERNATIONALLY! EASY TO PROVE PULL UP MY FREQUENCY OF A SURGICALLY IMPLANTED BODY CAM, PLUS PACEMAKER!

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROl CLARKE

Address      8715 TEAl STREET

JUNEAU     AK     99801

*City*      *State*      *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      DiANA HARSHBARGER

Job or Title *(if known)*      U.S. HoUSE

Address      FiRST ST SE

WASHingtoN     DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name      TiM BuRCHETT

Job or Title *(if known)*      U.S. HOUSE

Address      FiRST ST SE

WASHingtoN     DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        WILLIAM CAROI CIARKL

Address      8715 TRAI STREET

JUNHAU        AK        99801
City                State            Zip Code

County

Telephone Number        907-419-7077

E-Mail Address        123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name        TOM RICK

Job or Title *(if known)*        U.S. HOUSE

Address        FIRST ST SE

WASHINGTON        DC        20004
City                State            Zip Code

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity        ☒ Official capacity

Defendant No. 2

Name        DUSTY JOHNSON

Job or Title *(if known)*        U.S. HOUSE

Address        FIRST ST SE

WASHINGTON        DC        20004
City                State            Zip Code

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity        ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name WILLIAM CAROL CLARKE

Address 8715 TEAL STREET

JUNEAU  AK  99801
*City*  *State*  *Zip Code*

County

Telephone Number 907-419-7077

E-Mail Address 123456 IndACA @ Gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name WILLIAM TIMMONS

Job or Title *(if known)* U.S. HOUSE

Address FIRST ST SE

WASHington  DC  20004
*City*  *State*  *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name RALPH NORMAN

Job or Title *(if known)* U.S. HOUSE

Address FIRST ST SE

WASHington  DC  20004
*City*  *State*  *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CIARKL
Address 8715 TRAI STREET
JUNAAU AK 99801
*City* *State* *Zip Code*

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name JOE Wilson
Job or Title *(if known)* U.S. HOUSE
Address FIRSt St SE
WASHington DC 20004
*City* *State* *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name JEFF Duncan
Job or Title *(if known)* U.S. HOUSE
Address FiRSt St SE
WAShington DC 20004
*City* *State* *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROl CLARKE

Address     8715 TEAl STREET

       JUNEAU     AK     99801
       *City*     *State*     *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 IndACA @ GmAil.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     JIM LANG EViN

Job or Title *(if known)*     U.S. HouSE

Address     FiRSt S.T SE

       WASHington     DC     20004
       *City*     *State*     *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     NANCy MACk

Job or Title *(if known)*     U.S. HouSE

Address     FiRSt ST SE

       WASHington     DC     20004
       *City*     *State*     *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROL CLARKE

Address    8715 TRAI STREET

      JUNKAU   AK  99801
       *City*     *State*  *Zip Code*

County

Telephone Number  907-419-7077

E-Mail Address   123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      JENNIFER GONZALEZ-COLON

Job or Title *(if known)* U.S. HOUSE

Address     FIRST ST SE

       WASHINGTON  DC  20004
         *City*    *State*  *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name      DAVID N. CICILLINA

Job or Title *(if known)* U.S. HOUSE

Address     FIRST ST SE

       WASHINGTON  DC  20004
         *City*    *State*  *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WILLIAM CAROl CLARKE |
| Address | 8715 TEAl STREET |
| | JUNEAU        AK        99801 |
| | *City*              *State*           *Zip Code* |
| County | |
| Telephone Number | 907-419-7077 |
| E-Mail Address | 123456 IndlACA @ GmAIl.COM |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CONOR LAMB |
| Job or Title *(if known)* | U.S. HoUSE |
| Address | FiRSt ST SE |
| | WASHington      DC      20004 |
| | *City*              *State*           *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MichAEl DoylE |
| Job or Title *(if known)* | U.S. HoUSE |
| Address | FiRSt ST SE |
| | WASHington      DC      20004 |
| | *City*              *State*           *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          WILLIAM CAROl CIARKh
Address       8715 TRAI STREET
              JUNHAU          AK      99801
                 *City*        *State*    *Zip Code*

County
Telephone Number      902-419-7077
E-Mail Address        123456 INDACA @ GMAIL.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                      GlENN THOMPSON
Job or Title *(if known)* U.S. HOUSE
Address                   FiRSt St SE
                         WASHington       DC      20004
                            *City*        *State*    *Zip Code*

County
Telephone Number          1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name                      MiKR KElly
Job or Title *(if known)* U.S. HouSE
Address                   FiRSt ST SE
                         WASHington       DC      20004
                            *City*        *State*    *Zip Code*

County
Telephone Number          1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    WILLIAM CAROl ClARKE
Address    8715 TEAl STREET
JUNEAU          AK          99801
*City*          *State*          *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address    123456 IndACA @ Gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name    ~~John~~ JOHN JOYCE
Job or Title *(if known)*    U.S. HoUSE
Address    FiRST ST SE
WASHington          DC          20004
*City*          *State*          *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name    Guy RESCHENTHALER
Job or Title *(if known)*    U.S. HoUSE
Address    FiRST ST SE
WASHington          DC          20004
*City*          *State*          *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          WILLIAM CAROL CIARKL
Address        8715 TRAI STREET
              JUNHAU        AK      99801
                 *City*           *State*        *Zip Code*
County
Telephone Number    902-419-7077
E-Mail Address     123456 INDACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                LLoyd  Smucker
Job or Title *(if known)*   U.S. HOUSE
Address             FiRSt St SE
                   WASHington        DC      20004
                      *City*              *State*      *Zip Code*
County
Telephone Number       1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                FRed  Keller
Job or Title *(if known)*   U.S. House
Address             FiRSt ST SE
                   WASHington        DC      20004
                      *City*              *State*      *Zip Code*
County
Telephone Number       1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TEAL STREET
JUNEAU AK 99801
*City* *State* *Zip Code*

County
Telephone Number 907-419-7077
E-Mail Address 123456 INdACA @ GmAil.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name CHRISS HoulAHAN
Job or Title *(if known)* U.S. HoUSE
Address FiRSt ST SE
WAShingtoN DC 20004
*City* *State* *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2
Name Scott PARRY
Job or Title *(if known)* U.S. HoUSE
Address FiRSt ST SE
WAShington DC 20004
*City* *State* *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROL CLARKE
Address     8715 TRAI STREET
      JUNEAU    AK    99801
      *City*     *State*     *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address    123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     MADALEINE DEAN
Job or Title *(if known)*    U.S. HOUSE
Address     FIRST ST SE
      WASHINGTON    DC    20004
      *City*     *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     MARY GAY SCANLON
Job or Title *(if known)*    U.S. HOUSE
Address     FIRST ST SE
      WASHINGTON    DC    20004
      *City*     *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CIARKE

Address 8715 TEAl STREET

JUNEAU     AK     99801

*City*     *State*     *Zip Code*

County

Telephone Number 907-419-7077

E-Mail Address 123456 IndACA @ GmAil.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name BRRNdAN BoylR

Job or Title *(if known)* U.S. HouSE

Address FiRSt S,T SE

WAS Hington     DC     20004

*City*     *State*     *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name DwighH EvANs

Job or Title *(if known)* U.S. HouSE

Address FiRSt ST SE

WASHington     DC     20004

*City*     *State*     *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNEAU AK 99801
City State Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name KURT SCHRADER
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHINGTON DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name BRIAN FITZ PATRICK
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHINGTON DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE
Address    8715 TEAL STREET
       JUNEAU     AK     99801
       *City*       *State*      *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address    123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      EARL BLUMENAUER
Job or Title *(if known)*    U.S. HOUSE
Address    FIRST ST SE
       WASHington    DC     20004
       *City*       *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      Peter DEFAZio
Job or Title *(if known)*    U.S. HOUSE
Address    FiRST ST SE
       WAShington    DC     20004
       *City*       *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        William Carol Clarke
Address      8715 Trai Street
          Junhau     AK     99801
           *City*         *State*      *Zip Code*

County
Telephone Number     907-419-7077
E-Mail Address       123456 Indaca @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name            Suzanne Bonamici
Job or Title *(if known)*   U.S. House
Address       First St SE
          Washington     DC     20004
           *City*         *State*      *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name            Cliff Bentz
Job or Title *(if known)*   U.S. House
Address       First St SE
          Washington     DC     20004
           *City*         *State*      *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE

Address      8715 TEAL STREET

JUNEAU    AK     99801

*City*      *State*      *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address    123456 IndaCA @ Gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      TOM COLE

Job or Title *(if known)*    U.S. HOUSE

Address      FIRST ST SE

WASHington    DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      STEPHANIE BICE

Job or Title *(if known)*    U.S. HOUSE

Address      FIRST ST SE

WASHington    DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  WILLIAM CAROL CLARKE

Address  8715 TRAI STREET

JUNKAU        AK        99801

City        State        Zip Code

County

Telephone Number  902-419-7077

E-Mail Address  123456 INDACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  MARK WAYNE Mullin.

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHINGTON        DC        20004

City        State        Zip Code

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name  FRANK LUCAS

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHINGTON        DC        20004

City        State        Zip Code

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           WiLLiAM CAROl CLARKE

Address        8 715 TEAl STREET

              JUNEAU          AK          99801
              *City*          *State*          *Zip Code*

County

Telephone Number       907 - 419 - 7077

E-Mail Address         123456 IndACA @ GmAil . COM

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                   ANTHONY GONZALEZ

Job or Title *(if known)*   U. S. HoUSE

Address                FiRST S,T SE

              WASHingtoN      DC          20004
              *City*          *State*          *Zip Code*

County

Telephone Number       1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                   KEViN HERN

Job or Title *(if known)*   U.S. HoUSE

Address                FiRST ST SE

              WASHington      DC          20004
              *City*          *State*          *Zip Code*

County

Telephone Number       1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKL

Address      8715 TRAIL STREET

         JUNEAU     AK     99801

            *City*          *State*        *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 JNDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      DAVID JOYCE

Job or Title *(if known)*     U.S. HOUSE

Address      FIRST ST SE

         WASHINGTON     DC     20004

            *City*         *State*       *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name      MIKE CAREY

Job or Title *(if known)*     U.S. HOUSE

Address      FIRST ST SE

         WASHINGTON     DC     20004

            *City*         *State*       *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     WILLIAM CAROL CLARKE
Address   8715 TEAL STREET
          JUNEAU          AK          99801
          *City*          *State*     *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address      123456 IndACA @ Gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                TROY BALDERSON
Job or Title *(if known)*    U.S. HOUSE
Address             FIRST ST SE
                    WASHINGTON       DC          20004
                    *City*           *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name                TIM RYAN
Job or Title *(if known)*    U.S. HOUSE
Address             FIRST ST SE
                    WASHINGTON       DC          20004
                    *City*           *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    *WiLLiAM CAROl CIARKh*
Address                 *8715 TRAI STREET*
                        *JuNhAu        AK      99801*
                            City          State        Zip Code
County
Telephone Number        *907-419-7077*
E-Mail Address          *123456 INDACA @ GMAiL.COM*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                        *MiCHAEl TuRNhR*
Job or Title *(if known)*   *U.S. HouSE*
Address                     *FiRSt St SE*
                            *WAShiNgtoN      DC      20004*
                                City          State      Zip Code
County
Telephone Number            *1-202-226-8000*
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                        *SHoNtEl BRoWN*
Job or Title *(if known)*   *U.S. HouSE*
Address                     *FiRSt St SE*
                            *WAShiNgtoN      DC      20004*
                                City          State      Zip Code
County
Telephone Number            *1-202-226-8000*
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WiLLiAM CAROl ClARKE
Address     8715 TEAl STREET
        JUNEAU     AK     99801
        *City*        *State*      *Zip Code*

County
Telephone Number     907-419-7077
E-Mail Address     123456 IndACA @ GmAil.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     WARREN DAVIdSON
Job or Title *(if known)*     U. S. HoUSE
Address     FiRSt S,T SE
        WAS Hington     DC     20004
        *City*       *State*      *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     MARCY KAptuR
Job or Title *(if known)*     U.S. HoUSE
Address     FiRSt ST SE
        WAShington     DC     20004
        *City*       *State*      *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _WilliAM CAROl ClARKE_
Address _8715 TRAil STREET_
_JUNKAU        AK        99801_
City        State        Zip Code

County
Telephone Number _902-419-7077_
E-Mail Address _123456 INDACA @ GMAil.COM_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name _Bill JoHNSON_
Job or Title *(if known)* _U.S. HOUSE_
Address _FiRSt St SE_
_WASHington        DC        20004_
City        State        Zip Code

County
Telephone Number _1-202-226-8000_
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name _BoB GIBBS_
Job or Title *(if known)* _U.S. HousE_
Address _FiRSt ST SE_
_WASHington        DC        20004_
City        State        Zip Code

County
Telephone Number _1-202-226-8000_
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TEAL STREET
JUNEAU AK 99801
              City           State         Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name JIM JORDAN
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHington DC 20004
              City           State         Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name BOB LATTA
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHington DC 20004
              City           State         Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAIL STREET
JUNEAU        AK     99801
City        State      Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name BRAD WENSTRUP
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON      DC     20004
City        State      Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name JOYCE BEATTY
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON      DC     20004
City        State      Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE
Address    8715 TEAL STREET
       JUNEAU      AK      99801
       *City*        *State*      *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address      123456 INdACA @ Gmail. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      KELLY ARM STRONG
Job or Title *(if known)*    U.S. HOUSE
Address    FIRST ST SE
       WASHington    DC    20004
       *City*        *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      STEVE CHABOT
Job or Title *(if known)*    U.S. HOUSE
Address    FIRST ST SE
       WASHington    DC    20004
       *City*        *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    WILLIAM CAROL CLARKE

Address    8715 TRAL STREET

JUNKAU          AK          99801
City                  State              Zip Code

County

Telephone Number    907-419-7077

E-Mail Address    123456 INDACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    ALMA ADAMS

Job or Title *(if known)*    U.S. HOUSE

Address    FIRSt St SE

WASHingtON          DC          20004
City                      State        Zip Code

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Ted Budd

Job or Title *(if known)*    U.S. HOUSE

Address    FiRSt St SE

WASHingtON          DC          20004
City                      State        Zip Code

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name         WILLIAM CAROL CLARKE
Address       8715 TEAL STREET
             JUNEAU        AK         99801
             *City*         *State*      *Zip Code*

County
Telephone Number     907-419-7077
E-Mail Address       123456 IndACA @ Gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name         PATRICK T. MCHENRY
Job or Title *(if known)*   U.S. HOUSE
Address       FIRST ST SE
             WASHington      DC      20004
             *City*          *State*    *Zip Code*

County
Telephone Number      1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name         MADISON CAWTHORN
Job or Title *(if known)*   U.S. HOUSE
Address       FIRST ST SE
             WASHington      DC      20004
             *City*          *State*    *Zip Code*

County
Telephone Number      1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            WILLIAM CAROL CLARKh

Address         8715 TRAI STREET

                JUNRAU          AK        99801
                *City*          *State*        *Zip Code*

County

Telephone Number        902-419-7077

E-Mail Address          123456 INDACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    RicHARD    Hudson

Job or Title *(if known)*    U.S. HousE

Address                 FiRst St SE

                        WAsHington         DC        20004
                        *City*             *State*      *Zip Code*

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                    DAN BisHop

Job or Title *(if known)*    U.S. HousE

Address                 FiRst St SE

                        WAsHington         DC        20004
                        *City*             *State*      *Zip Code*

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  WILLIAM CAROL CLARKE

Address  8715 TEAL STREET

JUNEAU          AK          99801
*City*                  *State*                  *Zip Code*

County

Telephone Number  907-419-7077

E-Mail Address  123456 IndACA @ Gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  JEFF VAN DREW

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WAShington     DC     20004
*City*              *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity          ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*  U.S. HOUSE

Address  FiRST ST SE

WASHington     DC     20004
*City*              *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity          ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE
Address    8715 TRAI STREET
        JUNEAU     AK    99801
        *City*        *State*     *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address    123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name          ANNIE KUSTER
Job or Title *(if known)*  U.S. HOUSE
Address        FIRST ST SE
           WASHINGTON    DC    20004
           *City*      *State*    *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name          Donald NORCROSS
Job or Title *(if known)*  U.S. HOUSE
Address        FIRST ST SE
           WASHINGTON    DC    20004
           *City*      *State*    *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  WILLIAM CAROL CLARKE

Address  8715 TEAI STREET

JUNEAU      AK      99801
*City*                *State*              *Zip Code*

County

Telephone Number  907-419-7077

E-Mail Address  123456 IndaCA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  STEVEN HORSFORD

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHington      DC      20004
*City*                *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name  CHRIS PAPPAS

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHington      DC      20004
*City*                *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROl CIARKh

Address      8715 TRAI STREET

JUNHAU     AK     99801

*City*      *State*      *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 INDACA @ GMAil. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      MARK AmodEI

Job or Title *(if known)*      U.S. HOUSE

Address      FiRst St SE

WASHington     DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name      SuSiE LEE

Job or Title *(if known)*      U.S. HousE

Address      FiRst ST SE

WASHington     DC     20004

*City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        WILLIAM CAROL CLARKE
Address      8715 TEAL STREET
             JUNEAU         AK        99801
                  *City*          *State*         *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address       123456 IndlACA @ GmAil. COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
      Name                Adrian Smith
      Job or Title *(if known)*   U.S. HoUSE
      Address             FiRSt ST SE
                          WAShington      DC      20004
                              *City*          *State*        *Zip Code*

      County
      Telephone Number    1-202-226-8000
      E-Mail Address *(if known)*

                          ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
      Name                DINA titus
      Job or Title *(if known)*   U.S. HOUSE
      Address             FiRSt ST SE
                          WAShington      DC      20004
                              *City*          *State*        *Zip Code*

      County
      Telephone Number    1-202-226-8000
      E-Mail Address *(if known)*

                          ☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNEAU         AK         99801
*City*          *State*          *Zip Code*

County
Telephone Number  902-419-7077
E-Mail Address  123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  MATT ROSENDALE
Job or Title *(if known)*  U.S. HOUSE
Address  FIRST ST SE
WASHINGTON         DC         20004
*City*          *State*          *Zip Code*

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name  DON BACON
Job or Title *(if known)*  U.S. HOUSE
Address  FIRST ST SE
WASHINGTON         DC         20004
*City*          *State*          *Zip Code*

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE
Address         8715 TEAL STREET
                JUNEAU          AK          99801
                *City*          *State*     *Zip Code*

County
Telephone Number        907-419-7077
E-Mail Address          123456 IndACA @ GmAil . coM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                        Billy Long
Job or Title *(if known)*   U.S. HouSE
Address                     FiRSt S,T SE
                            WAShington   DC        20004
                            *City*       *State*   *Zip Code*

County
Telephone Number            1-202-226-8000
E-Mail Address *(if known)*

                            ☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name                        JASON SMith
Job or Title *(if known)*   U.S. HouSE
Address                     FiRSt ST SE
                            WAShington   DC        20004
                            *City*       *State*   *Zip Code*

County
Telephone Number            1-202-226-8000
E-Mail Address *(if known)*

                            ☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKL

Address 8715 TRAI STREET

JUNHAU AK 99801
City          State      Zip Code

County

Telephone Number 902-419-7077

E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ~~SAM~~ EMANUEL CLEAVER

Job or Title *(if known)* U.S. HOUSE

Address FIRST ST SE

WASHINGTON DC 20004
City          State      Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name SAM GRAVES

Job or Title *(if known)* U.S. HOUSE

Address FIRST ST SE

WASHINGTON DC 20004
City          State      Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROL CLARKE

Address     8715 TEAL STREET

JUNEAU     AK     99801
       *City*       *State*       *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     BLAINE LUETKEMEYER

Job or Title *(if known)*     U.S. HOUSE

Address     FIRST ST SE

WASHington     DC     20004
       *City*       *State*       *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     VICKY HARTZLER

Job or Title *(if known)*     U.S. HOUSE

Address     FIRST ST SE

WASHington     DC     20004
       *City*       *State*       *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE

Address         8715 TRAIL STREET

                JUNKAU            AK      99801
                *City*            *State*    *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address      123456 INDACA @ GMAIL.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    CORI BUSH

Job or Title *(if known)*   U.S. HOUSE

Address                 FIRST ST SE

                        WASHINGTON      DC      20004
                        *City*          *State*   *Zip Code*

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                    ANN WAGNER

Job or Title *(if known)*   U.S. HOUSE

Address                 FIRST ST SE

                        WASHINGTON      DC      20004
                        *City*          *State*   *Zip Code*

County

Telephone Number        1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          WILLIAM CAROL CLARKE
Address       8715 TEAL STREET
              JUNEAU          AK          99801
                  *City*          *State*          *Zip Code*

County
Telephone Number      907-419-7077
E-Mail Address        123456 IndACA @ Gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                  MICHAEL GURST
    Job or Title *(if known)*   U.S. HOUSE
    Address               FIRST ST SE
                          WASHINGTON      DC      20004
                              *City*          *State*      *Zip Code*

    County
    Telephone Number       1-202-226-8000
    E-Mail Address *(if known)*

                          ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                  STEVEN PALAZZO
    Job or Title *(if known)*   U.S. HOUSE
    Address               FIRST ST SE
                          WASHINGTON      DC      20004
                              *City*          *State*      *Zip Code*

    County
    Telephone Number       1-202-226-8000
    E-Mail Address *(if known)*

                          ☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROl CIARKh

Address     8715 TRAI STREET

JUNHAU    AK    99801
*City*     *State*     *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 INDACA @ GMAIl. COM

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     TRiNA KRlly

Job or Title *(if known)*     U.S. HOUSE

Address     FiRSt St SE

WASHiNgtoN    DC    20004
*City*     *State*     *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     BENNiE THOMPSON

Job or Title *(if known)*     U.S. HOUSE

Address     FiRSt St SE

WASHiNgtoN    DC    20004
*City*     *State*     *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKA
Address 8715 TRAI STREET
JUNHAU         AK         99801
    City              State              Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name MICHELLE FISCHBACH
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHINGTON         DC         20004
    City              State              Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name PETR STAUBER
Job or Title (if known) U.S. HOUSE
Address FIRST ST SE
WASHINGTON         DC         20004
    City              State              Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

[ ] Individual capacity    [X] Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE

Address         8715 TEAI STREET

                JUNEAU            AK              99801
                *City*                *State*           *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address      123456 IndACA @ Gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                ILHAN OMAR

Job or Title *(if known)*    U.S. HOUSE

Address             FIRST ST SE

                    WASHINGTON        DC          20004
                    *City*                *State*           *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                TOM EMMER

Job or Title *(if known)*    U.S. HOUSE

Address             FIRST ST SE

                    WASHINGTON        DC          20004
                    *City*                *State*           *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    WiLLiAM CAROl CIARKk

Address    8715 TRAi STREET

    JUNHAU    AK    99801

    *City*    *State*    *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address    123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    DEAN PHILLiPS

Job or Title *(if known)*    U.S. HOUSE

Address    FiRSt St SE

    WASHiNgToN    DC    20004

    *City*    *State*    *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    BEtty McCollum

Job or Title *(if known)*    U.S. HOUSE

Address    FiRSt St SE

    WASHiNgToN    DC    20004

    *City*    *State*    *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CLARKE
Address 8715 TEAl STREET
JUNEAU AK 99801
City State Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 IndACA @ GmAil.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name BRENDA LAWRENCE
Job or Title *(if known)* U.S. HOUSE
Address FiRST ST SE
WASHington DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2
Name AngiE CRAig
Job or Title *(if known)* U.S. HousE
Address FiRST ST SE
WASHington DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNHAU        AK        99801
City        State        Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name DEBBIE Dingell
Job or Title (if known) U.S. HOUSE
Address FiRst St SE
WASHington        DC        20004
City        State        Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity        ☒ Official capacity

Defendant No. 2

Name RASHidA TIAiB
Job or Title (if known) U.S. House
Address FiRst ST SE
WASHington        DC        20004
City        State        Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity        ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CLARKE

Address 8715 TEAl STREET

JUNEAU AK 99801
City     State     Zip Code

County

Telephone Number 907-419-7077

E-Mail Address 123456 IndACA @ GmAil. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name LISA MC CLAIN

Job or Title *(if known)* U.S. HOUSE

Address FiRST ST SE

WAS HINGton DC 20004
City     State     Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name HAIEY STEVENS

Job or Title *(if known)* U.S. HOUSE

Address FiRST ST SE

WASHington DC 20004
City     State     Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE

Address      8715 TRAI STREET

JUNHAU    AK    99801
*City*      *State*      *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address    123456 INDACA @ GMAIL. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      ELISSA SLOTKIN

Job or Title *(if known)*    U.S. HOUSE

Address      FIRST ST SE

WASHINGTON    DC    20004
*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      ANDY LEVIN

Job or Title *(if known)*    U.S. HOUSE

Address      FIRST ST SE

WASHINGTON    DC    20004
*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        WILLIAM CAROl CLARKE
Address      8715 TEAl STREET
             JUNEAU          AK        99801
                     *City*          *State*        *Zip Code*
County
Telephone Number    907-419-7077
E-Mail Address      123456 IndACA @ GmAil.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name               DAVID PRICE
Job or Title (*if known*)    U.S. HOuSE
Address            FiRSt ST SE
                   WASHington     DC     20004
                         *City*        *State*     *Zip Code*
County
Telephone Number    1-202-226-8000
E-Mail Address (*if known*)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name               TIM WAlBERG
Job or Title (*if known*)    U.S. HousE
Address            FiRSt ST SE
                   WASHington     DC     20004
                         *City*        *State*     *Zip Code*
County
Telephone Number    1-202-226-8000
E-Mail Address (*if known*)

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNHAU          AK          99801
City          State          Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name DEBORAH ROSS
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON          DC          20004
City          State          Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name GREGORY MURPHY
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON          DC          20004
City          State          Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TEAL STREET
JUNEAU AK 99801
City State Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ELANOR HOLMES NORTON
Job or Title (if known) U.S. HOUSE
Address FiRSt ST SE
WASHington DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name G.K. ButterField
Job or Title (if known) U.S. HOUSE
Address FiRSt ST SE
WASHington DC 20004
City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  WILLIAM CAROL CLARKE

Address  8715 TRAI STREET

JUNEAU    AK    99801

    City    State    Zip Code

County

Telephone Number  902-419-7077

E-Mail Address  123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  BRIAN HIGGINS

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHINGTON    DC    20004

    City    State    Zip Code

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name  CHRISTOPHER JACOBS

Job or Title *(if known)*  U.S. HOUSE

Address  FIRST ST SE

WASHINGTON    DC    20004

    City    State    Zip Code

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CIARKE
Address 8715 TEAl STREET
JUNEAU AK 99801

City State Zip Code

County
Telephone Number 907-419-7077
E-Mail Address 123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name JOHN KAtKO
Job or Title *(if known)* U.S. HoUSE
Address FiRSt ST SE
WAS Hington DC 20004

City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2
Name JOSEPH MORElIE
Job or Title *(if known)* U.S. HOUSE
Address FiRSt ST SE
WASHington DC 20004

City State Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE
Address         8715 TRAIL STREET
                JUNEAU          AK        99801
                *City*              *State*           *Zip Code*

County
Telephone Number        902-419-7077
E-Mail Address          123456 INDACA @ GMAIL.COM

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name            CLAUDIA TENNEY
Job or Title *(if known)*   U.S. HOUSE
Address         FIRST ST SE
                WASHINGTON        DC        20004
                *City*              *State*           *Zip Code*

County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity        ☒ Official capacity

Defendant No. 2

Name            TOM REED
Job or Title *(if known)*   U.S. HOUSE
Address         FIRST ST SE
                WASHINGTON        DC        20004
                *City*              *State*           *Zip Code*

County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity        ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE
Address         8715 TEAL STREET
                JUNEAU          AK          99801
                *City*          *State*          *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address      123456 IndACA @ Gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                PAUL TONKO
    Job or Title *(if known)*    U.S. HOUSE
    Address             FIRST ST SE
                        WASHington      DC      20004
                        *City*          *State*      *Zip Code*

    County
    Telephone Number    1-202-226-8000
    E-Mail Address *(if known)*

        ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                Elise STEFANIK
    Job or Title *(if known)*    U.S. HOUSE
    Address             FiRSt ST SE
                        WASHington      DC      20004
                        *City*          *State*      *Zip Code*

    County
    Telephone Number    1-202-226-8000
    E-Mail Address *(if known)*

        ☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROl CLARKE

Address     8715 TEAl STREET

        JUNEAU       AK       99801

         *City*          *State*        *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 IndACA @ GmAil.CoM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     JAMAAl ROWMAN

Job or Title *(if known)*     U.S. HoUSE

Address     FiRSt ST SE

        WAS Hington     DC       20004

         *City*         *State*        *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name     MoNdAiRE JoNES

Job or Title *(if known)*     U.S. HousE

Address     FiRSt ST SE

        WASHington     DC       20004

         *City*         *State*        *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name WILLIAM CAROl ClARKE

Address 8715 TRAI STREET

JUNHAU        AK        99801
    *City*        *State*       *Zip Code*

County

Telephone Number 902-419-7077

E-Mail Address 123456 INDACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name SEAN MAloNEY

Job or Title *(if known)* U.S. HOUSE

Address FiRst St SE

WASHiNgtoN        DC        20004
    *City*        *State*       *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name ANToNio DElgAdo

Job or Title *(if known)* U.S. HoUSE

Address FiRSt St SE

WASHiNgtoN        DC        20004
    *City*        *State*       *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        WILLIAM CAROl ClARKL
Address     8715 TRAI STREET
            JUNHAU        AK      99801
            *City*        *State*     *Zip Code*
County
Telephone Number    902-419-7077
E-Mail Address      123456 INDACA @ GMAIL.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name·               ADRIANO    ESPillAt
Job or Title *(if known)*   U.S. HOUSE
Address             FiRSt St SE
                    WASHiNGTON    DC      20004
                    *City*        *State*     *Zip Code*
County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                RitCHiE    TORRES
Job or Title *(if known)*   U.S. HOUSE
Address             FiRSt ST SE
                    WASHiNGTON    DC      20004
                    *City*        *State*     *Zip Code*
County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name           WILLIAM CAROl CLARKE

Address        8715 TEAl STREET

JUNEAU            AK            99801
*City*                    *State*              *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 IndACA @ GmAil.cOM

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                       NicOlE MAlliotAKis

Job or Title *(if known)*      U.S. HOuSE

Address                    FiRSt St SE

WAS Hington        DC        20004
*City*                *State*          *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                       CARolyn B. MAloNEy

Job or Title *(if known)*      U.S. HOuSE

Address                    FiRSt St SE

WASHington        DC        20004
*City*                *State*          *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  WILLIAM CAROL CLARKE
Address  8715 TRAL STREET
JUNEAU          AK          99801
*City*                    *State*              *Zip Code*

County
Telephone Number  902-419-7077
E-Mail Address  123456 INDACA @ GMAIL.COM

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name  YVETTE D. CLARKE
Job or Title *(if known)*  U.S. HOUSE
Address  FIRST ST SE
WASHINGTON          DC          20004
*City*                    *State*              *Zip Code*

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2
Name  JERROLD NADLER
Job or Title *(if known)*  U.S. HOUSE
Address  FIRST ST SE
WASHINGTON          DC          20004
*City*                    *State*              *Zip Code*

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                WILLIAM CAROL CLARKE
Address             8715 TEAL STREET
                    JUNEAU                 AK              99801
                    *City*                 *State*         *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address      123456 IndACA @ Gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                NYDIA VELAZQUEZ
    Job or Title *(if known)*   U.S. HoUSE
    Address             FIRST ST SE
                        WASHington          DC              20004
                        *City*              *State*         *Zip Code*

    County
    Telephone Number    1-202-226-8000
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                HAKEEM JEFFRIES
    Job or Title *(if known)*   U.S. HOUSE
    Address             FiRST ST SE
                        WASHington          DC              20004
                        *City*              *State*         *Zip Code*

    County
    Telephone Number    1-202-226-8000
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNKAU     AK     99801
     *City*      *State*      *Zip Code*

County
Telephone Number 907-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name GRACE MENG
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON    DC     20004
     *City*      *State*      *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name GREGORY W. MEEKS
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON    DC     20004
     *City*      *State*      *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    WILLIAM CAROl CLARKE

Address    8715 TEAl STREET

JUNEAU    AK    99801

<span style="padding-left:4em">City</span>    State    Zip Code

County

Telephone Number    907-419-7077

E-Mail Address    123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    TOM SUOZZI

Job or Title *(if known)*    U.S. HOUSE

Address    FiRST ST SE

WASHingtON    DC    20004

<span style="padding-left:4em">City</span>    State    Zip Code

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    KATHLEEN RiCE

Job or Title *(if known)*    U.S. HOUSE

Address    FiRST ST SE

WASHingtON    DC    20004

<span style="padding-left:4em">City</span>    State    Zip Code

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name         WILLIAM CAROL CLARKL
Address      8715 TRAI STREET
             JUNHAU          AK        99801
             *City*            *State*          *Zip Code*
County
Telephone Number      907-419-7077
E-Mail Address        123456 INPACA @ GMAIL.COM

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      LEE ZEldiN
Job or Title *(if known)*  U.S. HOUSE
Address                   FiRst St SE
                          WAShiNgtoN       DC       20004
                          *City*           *State*   *Zip Code*
County
Telephone Number          1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                      ANDREW   GARBARINO
Job or Title *(if known)*  U.S. HousE
Address                   FiRSt ST SE
                          WAShiNgtoN       DC       20004
                          *City*           *State*   *Zip Code*
County
Telephone Number          1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              WILLIAM CAROl ClARKE
Address           8715 TEAl STREET
                  JUNEAU          AK          99801
                          *City*      *State*      *Zip Code*
County
Telephone Number  907-419-7077
E-Mail Address    123456 IndACA @ Gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          YVETTE HERREll
Job or Title *(if known)*     U.S. HoUSE
Address                       FiRSt ST SE
                              WASHington      DC      20004
                                      *City*      *State*      *Zip Code*
County
Telephone Number              1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                          TERESA LEGER FERNANDEZ
Job or Title *(if known)*     U.S. HousE
Address                       FiRST ST SE
                              WASHington      DC      20004
                                      *City*      *State*      *Zip Code*
County
Telephone Number              1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — WILLIAM CAROL CLARKE

Address — 8715 TRAIL STREET

JUNHAU    AK    99801
City      State      Zip Code

County

Telephone Number — 907-419-7077

E-Mail Address — 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — BONNIE WATSON COLEMAN

Job or Title (if known) — U.S. HOUSE

Address — FIRST ST SE

WASHINGTON    DC    20004
City      State      Zip Code

County

Telephone Number — 1-202-226-8000

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name — MELANIE ANN STANSBURY

Job or Title (if known) — U.S. HOUSE

Address — FIRST ST SE

WASHINGTON    DC    20004
City      State      Zip Code

County

Telephone Number — 1-202-226-8000

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              WILLIAM CAROl ClARKE

Address           8715 TEAl STREET

                  JUNEAU              AK              99801
                  *City*             *State*         *Zip Code*

County

Telephone Number    907 - 419 - 7077

E-Mail Address      123456 IndACA @ Gmail . COM

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        DoNAld PAYNEJR.

Job or Title *(if known)*   U.S. HoUSE

Address                     FIRSt S.T SE

                            WAS HingtoN       DC       20004
                            *City*           *State*  *Zip Code*

County

Telephone Number            1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name                        MIKiE SHERRill

Job or Title *(if known)*   U.S. HoUSE

Address                     FiRSt ST SE

                            WASHingtoN       DC       20004
                            *City*           *State*  *Zip Code*

County

Telephone Number            1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CIARKL

Address 8715 TRAI STREET

JUNHAU AK 99801
*City* *State* *Zip Code*

County

Telephone Number 902-419-7077

E-Mail Address 123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name AlBio SiRRs

Job or Title *(if known)* U.S. HOUSE

Address FiRst St SE

WASHington DC 20004
*City* *State* *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name Bill PARCEll

Job or Title *(if known)* U.S. HOUSE

Address FiRst ST SE

WASHington DC 20004
*City* *State* *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    WILLIAM CAROl ClARKE
Address                 8715 TEAl STREET
                       JUNEAU          AK          99801
                            *City*              *State*          *Zip Code*

County
Telephone Number       907-419-7077
E-Mail Address         123456 IndACA @ GmAil.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                    FRANK PAllONE JR
    Job or Title *(if known)*  U.S. HoUSE
    Address                 FiRST ST SE
                           WASHington    DC    20004
                                *City*        *State*    *Zip Code*

    County
    Telephone Number       1-202-226-8000
    E-Mail Address *(if known)*

                           ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                    TOM MAliNOWSKi
    Job or Title *(if known)*  U.S. HoUSE
    Address                 FiRST ST SE
                           WASHington    DC    20004
                                *City*        *State*    *Zip Code*

    County
    Telephone Number       1-202-226-8000
    E-Mail Address *(if known)*

                           ☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WilliAM CAROl ClARKE

Address      8715 TRAI STREET

            JUNHAU       AK      99801

            *City*          *State*        *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 FNDACA @ GMAil. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      JohN GARAMENdi

Job or Title *(if known)*      U.S. HOUSE

Address      FiRst St SE

            WAsHington     DC      20004

            *City*         *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      AlEXANdRiA OCASiO-CoRtEZ

Job or Title *(if known)*      U.S. HousE

Address      FiRst ST SE

            WAsHington     DC      20004

            *City*         *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            WILLIAM CAROL CLARKE

Address         8715 TEAI STREET

                    JUNEAU      AK      99801

                    *City*          *State*        *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address       123456 IndACA @ Gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name            Doug LAMALFA

Job or Title *(if known)*   U.S. HOUSE

Address         FIRST ST SE

                  WASHington   DC   20004

                    *City*          *State*        *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

       ☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name            JARed HUFFMAN

Job or Title *(if known)*   U.S. HOUSE

Address         FIRSt ST SE

                  WASHington   DC   20004

                    *City*          *State*        *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

       ☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM CAROL CLARKE

Address    8715 TRAI STREET

     JUNHAU    AK    99801

     *City*      *State*      *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address    123456 INDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      STEVH WOMACK

Job or Title *(if known)*    U.S. HOUSE

Address    FiRSt St SE

     WASHington    DC    20004

     *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      BRUCE WESTERMAN

Job or Title *(if known)*    U.S. HOUSE

Address    FiRSt ST SE

     WASHington    DC    20004

     *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                 WILLIAM CAROl CLARKE
Address              8715 TEAl STREET
                     JUNEAU          AK          99801
                              City        State        Zip Code

County
Telephone Number     907-419-7077
E-Mail Address       123456 IndACA @ Gmail. COM

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                     Rick CRAWFORD
Job or Title *(if known)* U.S. HoUSE
Address                  FiRSt ST SE
                        WASHingtoN      DC      20004
                              City        State        Zip Code

County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                     FRENCH Hill
Job or Title *(if known)* U.S. HoUSE
Address                  FiRSt ST SE
                        WASHington      DC      20004
                              City        State        Zip Code

County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          WILLIAM CAROl CIARKR
Address        8715 TRAI STREET
                JUNHAU        AK      99801
                      *City*        *State*        *Zip Code*
County
Telephone Number    902-419-7077
E-Mail Address      123456 INDACA @ GMAIl.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                          DEBBiE   LESKO
Job or Title *(if known)*     U.S. HOUSE
Address                       FiRSt St SE
                              WASHingtoN      DC      20004
                                    *City*        *State*        *Zip Code*
County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name                          GREG StANtoN
Job or Title *(if known)*     U.S. HouSE
Address                       FiRSt ST SE
                              WASHingtoN      DC      20004
                                    *City*        *State*        *Zip Code*
County
Telephone Number        1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROl CLARKE

Address    8715 TEAl STREET

          JUNEAU     AK      99801

          *City*        *State*      *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address      123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name        DAvid SCHWEIKERt

Job or Title *(if known)*   U.S. HoUSE

Address      FiRSt ST SE

          WAS Hington    DC     20004

          *City*        *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name        RuBEN GAllego

Job or Title *(if known)*   U.S. HousE

Address      FiRst ST SE

          WASHington    DC     20004

          *City*        *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WiLLiAM CAROl ClARKK

Address      8715 TRAI STREET

     JUNKAU     AK     99801

     *City*      *State*      *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 JNDACA @ GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      PAUl GOSAR

Job or Title *(if known)*      U.S. HOUSE

Address      FiRSt St SE

     WASHington     DC     20004

     *City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name      ANdy Biggs

Job or Title *(if known)*      U.S. HousE

Address      FiRSt ST SE

     WASHington     DC     20004

     *City*      *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM CAROl CLARKE
Address 8715 TEAl STREET
JUNEAU     AK     99801
       *City*       *State*       *Zip Code*

County
Telephone Number 907-419-7077
E-Mail Address 123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ANN KIRK PATRICK
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHingTon    DC    20004
      *City*      *State*      *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name RAUl GRiJAlVA
Job or Title *(if known)* U.S. HOUSE
Address FiRST ST SE
WASHington    DC    20004
      *City*      *State*      *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name WILLIAM CAROL CLARKE
Address 8715 TRAI STREET
JUNEAU          AK          99801
*City*                    *State*                    *Zip Code*

County
Telephone Number 902-419-7077
E-Mail Address 123456 INDACA @ GMAIL.COM

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name AUMUA AMATA RADEWAGEN
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON          DC          20004
*City*                    *State*                    *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name TOM O'HALLERAN
Job or Title *(if known)* U.S. HOUSE
Address FIRST ST SE
WASHINGTON          DC          20004
*City*                    *State*                    *Zip Code*

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WILLIAM CAROL CLARKE
Address   8715 TEAL STREET
         JUNEAU     AK       99801
                *City*         *State*      *Zip Code*

County
Telephone Number   907-419-7077
E-Mail Address     123456 IndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                 GARY PALMER
Job or Title *(if known)*   U.S. HOUSE
Address             FIRST ST SE
                   WASHington    DC     20004
                       *City*       *State*     *Zip Code*

County
Telephone Number   1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                 TERRI SEWELL
Job or Title *(if known)*   U.S. HOUSE
Address             FIRST ST SE
                   WASHington    DC     20004
                       *City*       *State*     *Zip Code*

County
Telephone Number   1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      *WILLIAM CAROl CLARKE*

Address    *8715 TEAl STREET*

          *JUNEAU*      *AK*      *99801*

           City          State        Zip Code

County

Telephone Number    *907-419-7077*

E-Mail Address    *123456 IndACA @ GMAIl.COM*

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      *RoBERt ADERHolt*

Job or Title *(if known)*    *U.S. House*

Address    *FiRSt St SE*

         *WAShington*    *DC*     *20004*

          City         State       Zip Code

County

Telephone Number    *1-202-226-8000*

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name      *MO BRooKS*

Job or Title *(if known)*    *U.S. House*

Address    *FiRSt St SE*

         *WAShington*    *DC*     *20004*

          City         State       Zip Code

County

Telephone Number    *1-202-226-8000*

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity



RECEIVED

MAY 02 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      _WILLIAM CAROl CIARKh_

Address      _8715 TRAi STREET_

_JUNhAU_    _AK_    _99801_
     City       State      Zip Code

County

Telephone Number    _907-419-7077_

E-Mail Address    _123456 INDACA @ GMAil.COM_

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      _BARRY MOORE_

Job or Title *(if known)*    _U.S. HOUSE_

Address      _FiRSt St SE_

_WASHiNgtON_    _DC_    _20004_
     City       State      Zip Code

County

Telephone Number    _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      _MiKR ROgERS_

Job or Title *(if known)*    _U.S. HOUSE_

Address      _FiRSt ST SE_

_WASHiNgtON_    _DC_    _20004_
     City       State      Zip Code

County

Telephone Number    _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

William C Clark
8715 Tram Street
Junchau Ak 99801



U.S. POSTAGE PAID
PCM 1LB ENV
JUNEAU, AK
99801
APR 28, 22
AMOUNT
**$2.56**
R2305M149147-27

1000          99513

US District court / civil Lawsuits
222 W. 7th Avenue, Room 229 Box/Suite #4
Anchorage, AK 99513